GENERAL CIGAR CO., INC., Appellant, v. FRANK P. KRUGER, Respondent.—

Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.